JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TWO CARTONS OF RIFLE SIGHTS,<br><br>　　　　Defendant. | Case No. 5:21-cv-00708-JWH-SPx<br><br>**JUDGMENT** |

Pursuant to the "Order Granting Plaintiff's Motion for Default Judgment [ECF No. 17]" (the "Order") entered substantially contemporaneously herewith, and in accordance with Rule 55(b) of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This Court has jurisdiction over the subject matter of this action and over the parties.

2. The Verified Complaint for Forfeiture (the "Complaint") states a claim for relief under 18 U.S.C. §§ 541-2 & 545.

3. Notice of this action has been given in the manner required by law. No Claim or Answer was filed in this action by any claimant or potential claimant. The Court deems that all potential claimants, including Kent Wong and FSI Field Sport, Inc., admit the allegations of the Complaint to be true. The Court further finds that the allegations of the Complaint establish that Defendant Two Cartons of Rifle Sights (the "Defendant Merchandise") is subject to forfeiture.

4. The Court finds there was reasonable cause for the seizure of the Defendant Merchandise, and this Judgment shall be construed as a certificate of reasonable cause under 28 U.S.C. § 2465.

5. A default judgment is hereby **ENTERED** against the interests of all potential claimants including Kent Wong and FSI Field Sport, Inc.

6. All right, title, and interest of potential claimants Kent Wong, FSI Field Sport, Inc., and all other potential claimants in and to the Defendant Merchandise are **CONDEMNED** and **FORFEITED** to Plaintiff United States of America.

7. Plaintiff United States of America is **DIRECTED** to dispose of the Defendant Merchandise in the manner required by law.

/ / /

8. Plaintiff United States of America is **DIRECTED** to mail a copy of the Order and this Judgment to all potential claimants including Kent Wong and FSI Field Sport, Inc. Plaintiff United States of America is also **DIRECTED** to file a proof of such service with the Court within 14 days of the entry of this Judgment.

9. Other than potential post-judgment remedies (including those provided in Rule 54(d) of the Federal Rules of Civil Procedure), to the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: April 4, 2022

John W. Holcomb
UNITED STATES DISTRICT JUDGE